UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. |
| : | |
| v. : | |
| : | VIOLATIONS: |
| LUCAS W. CANE, : | |
| Defendant : | 18 U.S.C. § 2252(a)(2) |
| : | (Distribution of Child Pornography) |
| : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about July 19 and July 20, 2018, in the District of Columbia and elsewhere, the defendant, **LUCAS W. CANE**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

JESSIE K. LIU
United States Attorney

_____
NICHOLAS MIRANDA
Assistant United States Attorney, DC Bar No. 995769
U.S. Attorney's Office
555 4th Street, N.W., Room 10-919
Washington, D.C. 20530
202-252-7011
Nicholas.Miranda@usdoj.gov