UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CASE NO. 19-103 (KBJ) |
| | : |
| **v.** | : |
| | : |
| **LUCAS W. CANE,** | : |
| **Defendant.** | : |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Lucas W. Cane, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty, Distribution of Child Pornography, in violation of Title 18 U.S.C. § 2252(a)(2).

### Statement of Facts

Leading up to Friday July 13, 2018, a Detective with the Metropolitan Police Department ("UC") was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force operating out of a local office in Washington, D.C.

In this capacity, he had previously encountered a KIK[1] user, "dnick 1982," later identified by the FBI as Daniel Nicholson Jr. ("NICKELSON"), in a KIK group entitled "Pedos Only."

On Friday July 13, 2018, NICKELSON sent the UC an invitation to join NICKELSON's own group that NICKELSON established for the purpose of trading images and videos of child

---

[1] KIK refers to KIK messenger, a free mobile application that permits users to send text messages and other content, including videos and images.

1

pornography (hereinafter "KIK group"). This group consisted of at least 10 individuals to include NICKELSON and the UC, as well as the KIK users with screen names "drbob29, "lddng," "allnight224," "fire463," "RobotRon517," "BigBoxxMan8383," "Summersweet87," and "xxxxXDxxxxz."

The UC joined the KIK Group, and observed members trading images and videos of child pornography. For example, on July 16, 2018, NICKELSON posted a video to the KIK Group that displayed a video of what appears to be a prepubescent female child between the ages of 8 and 10 inserting what appears to be a yellow drinking straw into her vagina for the purpose of masturbation, then sticking the straw in her mouth and drinking the fluid. The group also discussed the members' preferences for the age of children with whom each member would like to engage in sexual acts. Members expressed an interest in engaging in sexual acts with children ranging from 12 to 15 years of age, and discussed the standards for admittance into the KIK Group. NICKELSON also posted numerous messages to the KIK group that users must distribute files by posting them to the KIK group or they would be removed from the group.

On Thursday July 19, 2018, the UC observed that NICKELSON invited another KIK ser, "summersweet87," whose display name was "summer Sweet" to the KIK group. KIK user "Summersweet 87" has been identified by the FBI as LUCAS CANE of Ada Oklahoma ("CANE"). After CANE entered into the KIK group, on July 19, 2018, NICKELSON and CANE had the following conversation:

NICKELSON: Hi summer sweet

CANE: Hello

NICKELSON: Post some of your good stuff

NICKELSON: And to stay in this group please stay active

CANE: Are links ok?

NICKELSON: Sure

NICKELSON: [posted the link to the Dropbox folder "Young" that he had previously send to the UC]

CANE: [posted 23 Dropbox and Mega.nz links to the KIK Group containing over 6,500 files depicting children who appeared to be of elementary, middle, and high school ages engaged in sexual acts or posing sexually].

On that same day, at 2:48pm UTC, NICKELSON posted a file that depicted a prepubescent naked male holding his naked penis and an adult female touching his penis. Subsequently, the chat continued:

Savannahbibitch: Hot

CANE: Mom and boy action is what I'm wanting!

Savannahbibitch: Yum

NICKELSON: Post people

NICKELSON: Summer

NICKELSON: Post

NICKELSON: Austin post

CANE: I posted a year's worth earlier, I think I'll see if others are "active" or if you're full of shit

NICKELSON: The links didn't show up on my screen

CANE: [sends a screen shot of the links he sent to the group]

NICKELSON: Thats not good enough

NICKELSON: [posts a picture of what appears to be a minor child exposing her breast in

3

a bathroom]

CANE: that was a screenshot showing the links were posted

NICKELSON: [posts a file of what appears to be an adult male penetrating a prepubescent female child with his penis. The adult male is on his knees, and the child is on her hands and knees, with the adult male is grabbing the child around her waist.]

NICKELSON: I know

NICKELSON: But it didn't show up on my screen

Exchanges continue with NICKELSON threatening to remove users who do not post and multiple users posting images and videos of child pornography to the group.

The UC, who did not post child pornography images to the KIK Group, was removed at 1:27pm UTC on July 20, 2018.

The UC was present in the KIK group when CANE posted the Dropbox and Mega.nz links described above and downloaded those links. The links were thereafter downloaded and the contents reviewed by FBI Special Agent Christopher Ford. In its entirety, there are 31.6 GB of data, 34 folders, and over 6,500 files included depicting children appearing to be of elementary, middle, and high school ages, engaged in sexual acts or posing sexually. Included within these were numerous files depicting child pornography, details of some of which are listed below. For example, a folder included in the Dropbox and Mega.nz link material posted by CANE named "Y 15" contained the following videos:

- A video entitled "2015- 10 -2 7 21.52 .59," which depicts a prepubescent girl, who initially is clothed, taking off her shirt, exposing her breast to the camera. The prepubescent girl rubs her breasts, then turns around, making the focus of the video her clothed buttocks, as she bends over. As the video continues, the prepubescent girl

takes her shorts down, exposing her naked buttocks, then bends over exposing her naked vagina. The prepubescent girl then turns around and rubs her naked vagina and breast.

- A video titled "Video 01 -0 3 - 2017, 02 49 29," which depicts a girl who appears between the ages of 10-12 years old in a bathroom who removes her clothing, exposing her breast and then her naked vagina. The minor child then turns around to expose her buttocks.

- A video titled , "Video 07-02-2017,193432( 1 ).mp4" a prepubescent girl is lying down on her back in what appears to be a bedroom. The girl's breasts are exposed to the recording device. The girl appears to be holding the recording device in her left hand and her right arm is down by her side, out of the picture frame. The girl appears to be masturbating or simulating masturbation. The girl is moving her arm, and can be seen and heard moaning in the video.

An additional folder titled, "myyoung" contained in the Dropbox links contains a video of an adult male and what appears to be a prepubescent girl. The prepubescent girl is lying down on her back with her shirt pulled up to her neck, exposing her breast. At points in the video, the recording device operator, who appears to be the adult male, focuses the camera on the clothed vagina of the prepubescent girl. The focus then goes back to the prepubescent girl's breast. An adult male begins to rub the nipples of the prepubescent girl multiple times.

In a folder titled, "Mixed", a video titled, "5c4c2657-50b7-4c0 b-8 1 a4-2b4aca60ccfe.mpp4", depicts what appears to be a minor female child wearing a baby blue robe in a bedroom. The girl removes her robe and exposes her nude body to the recording device. The girl begins to rub her chest with both hands as she sits, then lays on her back, on the bed.

The girl then exposes her naked vagina to the recording device and begins to digitally penetrate her vagina with her fingers. The girl then sits up and turns the recording device off.

The FBI identified the defendant as Lucas W. Cane. On August 24, 2018, United States Magistrate Judge for the District of Columbia, Judge G. Michael Harvey signed a warrant for the arrest of Lucas W. CANE for one count of Distribution of Child Pornography pursuant to 18 U.S.C. § 2252(a)(2) and one count of Conspiracy to Distribute Child Pornography pursuant to 18 U.S.C. § 2252(a)(2), (b)(1). Pursuant to this warrant, CANE was arrested on August 28, 2018, near his residence in Ada, OK.

Following his arrest, CANE was advised of his rights and waived them, agreeing to speak with the agents. During the interview, CANE admitted to using the KIK user ID "summerSweet87" as well as possessing and sending child pornography images and videos through Dropbox links and using KIK for approximately seven months prior to his arrest.

                                              Respectfully submitted,

                                              JESSIE K. LIU
                                              UNITED STATES ATTORNEY

                                              Andrea Hertzfeld
                                              Nicholas Miranda
                                              Assistant United States Attorneys

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4-2-19

Lucas Cane
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/2/19

Dani Jahn
Attorney for Defendant