UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>LUCAS W. CANE, )<br>)<br>Defendant. )<br>) | Criminal No. 19-cr-103 (KBJ) |

**ORDER**

On April 2, 2019, the defendant entered a guilty plea, which the Court accepted as knowing and voluntary. In accordance with the oral representations of the Court made during the plea hearing, it is hereby

**ORDERED** that the sentencing hearing in this case will occur on **July 16, 2019**, **at 2:30 PM** in Courtroom 17. It is

**FURTHER ORDERED** that the Government shall file its memorandum in aid of sentencing on or before **June 25, 2019**. The defendant shall file his memorandum in aid of sentencing on or before **July 2, 2019**. Any response thereto shall be filed by the Government on or before **July 9, 2019**. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

Date: April 2, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge