# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 19-103 (KBJ) |
| | : | |
| **LUCAS CANE,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, by and through his attorney, Dani Jahn, Esquire (collectively, "the Parties"), respectfully submit this joint status report and proposed schedule in this case, as directed by the Court, and state as follows:

1. On July 13, 2020, at the request of the parties, this Court vacated the sentencing hearing and ordered that the parties submit a joint status report no later than September 4, 2020, indicating three possible dates for rescheduling the sentencing hearing in this case.

2. Therefore, the parties are requesting that this Court set this case for sentencing in December 2020. The parties are available on the following dates: December 8, 2020; December 9, 2020; and December 10, 2020. Further, the parties are agreeable to proceeding via video conference for the sentencing hearing.

2

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar Number 4444188

___/s/_____
NICHOLAS MIRANDA
Assistant United States Attorney
555 4th Street, N.W.,
Washington, D.C. 20530
202-252-7011
Nicholas.Miranda@usdoj.gov


A.J. KRAMER
FEDERAL PUBLIC DEFENDER

__/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004
202-208-7500
Dani_Jahn@fd.org

2